UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| **CALVIN JONES on Behalf of Himself and on Behalf of All Others Similarly Situated,** | § § § | |
| **Plaintiff,** | § § | |
| V. | § | CIVIL ACTION NO: 1:20-cv-00987-CCB |
| **TECH USA, INC.** | § § § | |
| **Defendant.** | § § | |

## NOTICE OF VOLUNTARY DISMISSAL PURUSANT TO RULE 41(a)(1)(A)(i)

Plaintiff Calvin Jones files this Notice of Dismissal Without Prejudice pursuant to Rule 41(a)(1)(A)(i) and would respectfully show the Court the following:

I.

1. Plaintiff filed his Complaint under the Fair Labor Standards Act on April 17, 2020. (Dkt. 1). To date, Defendant has not filed an Answer or Motion for Summary Judgment.

2. This case is not governed by any federal statute that requires a court order for dismissal of the case.

3. Plaintiff has not previously dismissed any federal or state court suit based on or including the same claims as those presented in this case.

4. This dismissal is without prejudice.

5. All costs and fees accrued to date shall borne by the party incurring the same.

Respectfully submitted,

HODGES & FOTY, L.L.P.

By: */s/ Don J. Foty*
 Don J. Foty
 (admited pro hac vice)
 dfoty@kennedyhodges.com
 Texas State Bar No. 24050022
 4409 Montrose Blvd, Ste. 200
 Houston, TX 77006
 Telephone: (713) 523-0001
 Facsimile: (713) 523-1116

And

By: /s/ *Kelly E. Cook*
 Kelly E. Cook
 Maryland Bar No. 16585
 Wyly & Cook
 4101 Washington Avenue, 2nd Floor
 Houston, Texas 77007
 T: [713] 236-8330 F: [713] 863-8502
 kcook@wylycooklaw.com

Attorneys for Plaintiff and Class Members

**CERTIFICATE OF SERVICE**

 I certify that I filed this document through the Court's CM/ECF system on April 30, 2020 which will serve a true copy on all parties of record by electronic mail.

 */s/ Don J. Foty*
 Don J. Foty

2