# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | | |
|---|---|---|
| **CALVIN JONES on Behalf of Himself and on Behalf of All Others Similarly Situated,** | § § § | |
| **Plaintiff,** | § § | |
| V. | § § | CIVIL ACTION NO: 1:20-cv-00987-CCB |
| **TECH USA, INC.** | § § § | |
| **Defendant.** | § | |

## NOTICE OF VOLUNTARY DISMISSAL PURUSANT TO RULE 41(a)(1)(A)(i)

Plaintiff Calvin Jones files this Notice of Dismissal Without Prejudice pursuant to Rule 41(a)(1)(A)(i) and would respectfully show the Court the following:

I.

1. Plaintiff filed his Complaint under the Fair Labor Standards Act on April 17, 2020. (Dkt. 1). To date, Defendant has not filed an Answer or Motion for Summary Judgment.

2. This case is not governed by any federal statute that requires a court order for dismissal of the case.

3. Plaintiff has not previously dismissed any federal or state court suit based on or including the same claims as those presented in this case.

4. This dismissal is without prejudice.

5. All costs and fees accrued to date shall borne by the party incurring the same.

Approved.
4/30/20
Catherine C. Blake
U.S. District Judge

1

Respectfully submitted,

HODGES & FOTY, L.L.P.

By: _/s/ Don J. Foty_
    Don J. Foty
    (admited pro hac vice)
    dfoty@kennedyhodges.com
    Texas State Bar No. 24050022
    4409 Montrose Blvd, Ste. 200
    Houston, TX 77006
    Telephone: (713) 523-0001
    Facsimile: (713) 523-1116

And

By: _/s/ Kelly E. Cook_
    Kelly E. Cook
    Maryland Bar No. 16585
    Wyly & Cook
    4101 Washington Avenue, 2nd Floor
    Houston, Texas 77007
    T: [713] 236-8330 F: [713] 863-8502
    kcook@wylycooklaw.com

Attorneys for Plaintiff and Class Members

## CERTIFICATE OF SERVICE

I certify that I filed this document through the Court's CM/ECF system on April 30, 2020 which will serve a true copy on all parties of record by electronic mail.

_/s/ Don J. Foty_
Don J. Foty